**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

JOHN DENARO                                                                                     PLAINTIFF

V.                                             CASE NO. 5:22-CV-05182

TIM HELDER, Sheriff, Washington County;
SYDNEY SIMMONS, Karas Medical;
SERGEANT JOHN PATRICK BYRD; and
JANETT HANEY, Summit Food Service                                          DEFENDANTS

<u>**ORDER**</u>

Comes on for consideration the Report and Recommendation (Doc. 8) filed in this case on October 24, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, the following is **ORDERED**:

(1)  Plaintiff's claim concerning the WCDC's electronic system for submitting requests and responding to grievances, and WCDC's electronic video court system is **DISMISSED WITHOUT PREJUDICE**;

(2)  Plaintiff's claims against Sheriff Tim Helder are **DISMISSED WITHOUT PREJUDICE**;

(3)  Plaintiff's claims against Defendants in their official capacities are **DISMISSED WITHOUT PREJUDICE**; and

(4) any claim alleging a violation of 18 U.S.C. § 241 is **DISMISSED WITHOUT PREJUDICE**.

By separate order, the remaining claims in the Complaint will be served on Defendants Sydney Simmons, Karas Medical; Sergeant John Patrick Byrd; and,Janett Haney, Summit Food Service.

**IT IS SO ORDERED** on this 14th day of November, 2022.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE
