# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**JOHN DENARO**                                                  **PLAINTIFF**

V.                    **CASE NO. 5:22-CV-5182**

**SYDNEY SIMMONS, Karas Medical;**
**SERGEANT JOHN PATRICK BOYD;**
**JANETT HANEY, Summit Food Service**                      **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 19) filed in this case on December 12, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rules of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 3rd day of January, 2023.

                                           */s/ Timothy L. Brooks*
                                           TIMOTHY L. BROOKS
                                           UNITED STATES DISTRICT JUDGE